UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO. 23-14052-CR-CANNON

**UNITED STATES OF AMERICA**,

    Plaintiff,
vs.

**JACOB ELIJAH GROOVER,**

    Defendant.
_____/

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO CONTINUE TRIAL**

**THIS CAUSE** comes before the Court upon Defendant's Unopposed Motion to Continue Trial, Calendar Call, and Related Deadlines [ECF No. 22]. The Court has reviewed the Motion and is otherwise fully advised. Following that review, it is

**ORDERED AND ADJUDGED** that Defendant's Unopposed Motion to Continue Trial, Calendar Call, and Related Deadlines [ECF No. 22] is **GRANTED** for the reasons stated in the Motion, including Defendant's acknowledgment that the period of this continuance should be excluded under the Speedy Trial act to serve the ends of justice [ECF No. 22 ¶ 3]. The Court finds that the interests of justice served by a continuance outweigh any interest of the public or the Defendant in a speedy trial. As a result, the Court finds that the period of delay resulting from this continuance—*i.e.*, from the date the Motion was filed, April 3, 2024, to the date trial commences—is excludable time under the Speedy Trial Act. *See* 18 U.S.C. § 3161.

The parties shall adhere to the following pre-trial and trial schedule:

1. Calendar call will be held on **Tuesday, May 28, 2024, at 1:45 pm.** The case is set for **Jury Trial** during the two-week trial period that begins **June 3, 2024,** in the Fort Pierce

CASE NO. 24-14052-CR-CANNON

Division.

2. All pre-trial motions *in limine* must be filed by **April 26, 2024.** Each party is limited to filing one motion *in limine*, if there is more than on Defendant, Defendants shall file a combined motion.

3. All other instructions set forth in the Court's Omnibus Order Setting Trial [ECF No. 20] remain in effect except as modified by this Order.

4. The parties are reminded to adhere to the Court's Local Rules in all respects.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 5th day of April 2024.

                                                             AILEEN M. CANNON
                                                             **UNITED STATES DISTRICT JUDGE**

cc: counsel of record